# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LINDA GLEBA,                                   : No. 60 MM 2016
:
Petitioner                        :
:
:
:
v.                              :
:
:
:
PENNSYLVANIA PUBLIC UTILITY         :
COMMISSION,                                     :
:
Respondent                       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.